UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA BEAR, individually,<br><br>Plaintiff,<br>v.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, a Michigan corporation doing business in the State of Washington,<br><br>Defendant. | No.: 2:25-cv-01053-TL<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

THIS MATTER having come before the undersigned Judge of the above-entitled Court on the parties' Stipulated Motion to Extend Time for Defendant to Respond to Plaintiff's Motion for Summary Judgment; and the Court having considered the records and files herein, and being fully advised in the premises; now, therefore,

//

//

//

//

//

//



LAW OFFICES OF
NICOLL BLACK ALTENBRUN & FEIG
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Stipulated Motion to Extend Time for Defendant to Respond to Plaintiff's Motion for Summary Judgment is GRANTED. Defendant Foremost's deadline to respond to Plaintiff's Motion for Summary Judgment (Dkt. No. 14) is extended by one day, from November 19, 2026 to November 20, 2026, and, correspondingly, Plaintiff's deadline to file its Reply in Support of the Motion for Summary Judgment is extended by one day, from December 2, 2026 to December 3, 2026.

DATED this 19th day of November, 2026.

__________________________________________
The Honorable Tana Lin
United States District Court Judge

**Presented by**:

NICOLL BLACK ALTENBRUN & FEIG

*/s/ Matt C. Erickson*
Matthew C. Erickson, WSBA #43790
Attorneys for Defendant
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
(206) 838-7555
Email: merickson@nicollblack.com
*Attorneys for Defendant*